IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 22 A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Garry Damon Worthey )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:07CV63-WKW
Butler County Jail )   (To be supplied by Clerk of
Diane Harris "Sherrif" )    U.S. District Court)
Albert McKee "Administor" )
 )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) None

            Defendant(s) None

        2.  Court (if federal court, name the district; if
            state court, name the county) None

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT  Fountain Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Butler County Jail, Greenville, Al.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Diane Harris | Butler County |
| 2. Albert McKee | Butler County |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  July 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Broke right hand, and never recieved proper treatment to correct hand

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Was involved in a altercation with another state inmate Cedric Hasley and broke hand. Jail waited 3 weeks to send to Emergency room. Dr. at emergency room told Jail that I needed an MRI. Two weeks later got MRI. Never got treated

GROUND TWO: Sent mutlible request of pain of hand. Jail reply, would not pay for my hand.

SUPPORTING FACTS: Inclosed MRI and requests that I sent to Jail staff for help. which I never received.

GROUND THREE: After MRI never recieved anymore assistance and was transported to prison

SUPPORTING FACTS: Jail never wanted to get hand fix, and after sentencing was rushed out of county.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(A) Hand must be operated on to correct. (B) All medical expenses paid. (C) Request $100,000 in Damages and Pain & Suffering. All Legal fees & Atty fees paid. (D) Be granted Full Release from Conviction.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-17-07 .
(Date)

Signature of plaintiff(s)



Garry Worthey #218164
Fountain Correctional Facility
Atmore, AL 36503

United States District Court
Middle District of Alabama
c/o Hon. Debra P. Hackett, Clerk
Post Office Box 711
Montgomery, AL. 36130-0711

SEP-01-2006 08:54 From:STABLER CLINIC      334 383 9541      To:334 382 7491      P.1/2

Exhibit A

# Stabler Clinic, P.C.



300 North College Street
Greenville, Alabama 36037
Phone – (334) 382-2681
Fax – (334) 383-9541

SSN 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
DOB 6-14-72
Pensacola, FL. 32505
1713 North Davis Hwy

**Fax**

To: Albert McKee        From: Dr Rogers Smith/Barbara
Fax: 382-7491           Date: 9-1-06
Phone: 382-3321         Pages: (2)
Re: Ganny Worthey       cc:

☒ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☒ Please Recycle

•Comments: I contacted Dr Curtis office yesterday who referred me to Dr McGowins office. I called them & they was going to talk to Dr McGowin & get back with me as of right now I have not heard anything. I am going to fax them & ask them to please call me. I will await

**CONFIDENTIALITY NOTATION**

The information contained in this Fax may be legally privileged and confidential information only for the individual or entity named above. If the reader of this message is not the intended recipient or agent of the intended recipient you are hereby notified that any dissemination distribution or copying of this telecopy is strictly prohibited if you received this facsimile transmission in error, please notify this office at the above number. Thank You

Thank you,
Barbara ♡

SEP-01-2006 08:54 From:STABLER CLINIC    334 383 9541    To:334 382 7491    P.2/2

L.V. STABLER MEMORIAL HOSPITAL    (B) Exhibit
GREENVILLE, AL 36037

Patient Name: WORTHEY, GARRY D
Ordering Physician: Smith, R.
DOB: 06/14/1972
Exam Dt: 08/17/2006

Room #: OP
Account #: 941496
Film #: 155243

1 OF 1          RADIOLOGY REPORT

Hand swelling/right hand

MRI OF THE RIGHT HAND:

There is abnormal soft tissue signal over the dorsal surface of the third metacarpal phalangeal joint. This is more towards the ulnar side and the extensor tendon is displaced dorsally and towards the radial side. This is a non-specific mass-like soft tissue area and is felt to most likely be some type of inflammatory mass. The underlying bone appears within normal limits with no evidence of osteomyelitis.

IMPRESSION:
Abnormal mass-like soft tissue prominence over the dorsal surface of the third metacarpal phalangeal joint with some displacement of the extensor tendon as described. This is most likely some type of inflammatory reaction or inflammatory mass.
There is no evidence of underlying osteomyelitis.

Stanley B. Winslow, M.D.

DD: 08/18/2006
DT: 08/18/2006
SW/pc

RADIOLOGY REPORT

Exhibit
C

# INMATE REQUEST FORM

NAME: Garry Worthey   DATE: 8-7-06   TIME: _____

TO: Judge Russell

- Telephone call
- Personal problem
- Notary
- Special visit
- Medical
- Sheriff
- Grievance
- Other

Talk to your attorney McGowin Williamson or to Al McKee, the Jailer.

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE CORRECTIONS OFFICER

Sir, I was in a incident with another inmate and broke my hand. I went to the hospital twice and the doctor said that I need a MRI and surgery for them to fix my hand. But the jail said that the were not going to pay for me to go to surgery. Sir I am in constant pain everyday. Could you please do something so that I can get my hand fixed.

CORRECTIONS OFFICER: Bruce Boals   DATE: 08-07-06

TIME GIVEN TO CORRECTIONS OFFICER: 1000

Exhibit D

## INMATE REQUEST FORM

NAME: Garry Worthey   DATE: 8-10-07   TIME: ___

TO: Mr. McKee

- ○ Telephone call
- ○ Personal problem
- ○ Notary
- ○ Special visit
- ○ Medical
- ○ Sheriff
- ○ Grievance
- ○ Other

**BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE CORRECTIONS OFFICER**

Sir, I really need your help to get my hand delt with. This morning my hand is swollen even more and in pain. Sir please talk to someone so that I can get some help! The asprin doesn't do any good. Please don't let this go on like this! Thanks for your concern! This is not a stunt

CORRECTIONS OFFICER: _____   DATE: 8-10-06

TIME GIVEN TO CORRECTIONS OFFICER: 0750

I HAD A MEETING WITH THE SHERIFF TODAY ON YOUR HAND, IF YOU CAN CONVINCE THE DOCTORS OR SPECIALIST THAT YOU WILL PAY THEM, THE COUNTY WILL NOT PAY.