**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Former Sheriff Diane Harris
    c/o Butler County Jail
    Greenville, Alabama 36037

    07cv63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2/13/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 2054

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Administrator Albert McKee
    c/o Butler County Jail
    Greenville, Alabama 36037

    07cv63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2/13/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 2061

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540