IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRY DAMON WORTHEY, #248 464 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-63-WKW |
| DIANNE HARRIS, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon review of the court file and for good cause, it is ORDERED that:

1. Defendants SHOW CAUSE on or before April 16, 2007 for their failure to answer or otherwise respond to Plaintiff's complaint as directed by court order filed February 12, 2007;

2. On or before April 16, 2007 Defendants shall FILE an answer and written report to Plaintiff's complaint as directed by court order entered February 12, 2007; and

3. The Clerk MAIL a copy of this order to Plaintiff and to Defendants Harris and McKee.

Done, this 2nd day of April 2007.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE