IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRY DAMON WORTHEY,                 *
#248 464
    Plaintiff,                             *

v.                                   *           2:07-CV-63-WKW

DIANNE HARRIS, SHERIFF, *et al.*,    *

    Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time and Response to Show Cause Order, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendants are GRANTED an extension from April 16, 2007 to April 26, 2007 to file their answer and written report to Plaintiff's complaint.

Done, this 17th day of April 2007.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE