IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| GARRY DAMON WORTHEY )<br>   Plaintiff, )<br> )<br>V. )<br> )<br>DIANE HARRIS, SHERIFF, et al., )<br>   Defendents. ) | CIVIL ACTION NO. 207-cv-63-wkw |

PLAINTIFFS REPLY TO DEFENDENTS

RESPONSES AND REPLIES

COME NOW, Plaintiff in above styled cause, and submit this reply to the Defendents responses and replies to the Court.

1. Section 1983 suits **do not** require exhaustion of state remedies. Therefore, prisoners are not required to apply for relief to administrators nor to the state courts before serving in federal court of civil rights.

2. Plaintiff sent numerous requests to both Sheriff Harris and Capt. McKee concerning his hand.

3. Both Sheriff Harris and Capt. McKee had a meeting to have the Plaintff's hand looked at by a doctor. SO how could the Defendent's not have received any requests or grievances from the Plaintiff.

4. As the Defendents said in their response, Defendents are not required to - and should not - second guess the judgment of medical doctor or dentist. So why did they not send the Plaintiff to the special the Doctor at the Stabler Clinic

referred the Plaintiff to.

5. THE Defendents' statements are false, and they should not be entitled to a summary judgment in their favor.

Respectfully sumitted on __3rd Aug__, 2007

I swear(or affirm) under penalty of perjury that the foregoing is true and correct.

Excuted on __8-3-07__
            Date

_____
Signature of Petitioner

SWORN TO AND SUBSCRIBED before me this day __3rd__ of __August__, 2007

_____
Notary Public

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing attached Document(s) on the Respondent / Defendant by placing a copy of the same in The United States mail properly stamped and addressed to the following on this the 3rd day of Aug., 2007.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

Webb & Eley P.C.
7475 Halcyon Pointe Dr.
P.O. Box 240909
Montgomery, AL. 36124

_Danny D. Worthy_
PETITIONER

CC: FILED

Harry Damon Worthey # 248464
Fountain Correctional Facility
Atmore, Al. 36503

Legal

MOBILE AL 366
06 AUG 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

361014 0711

Legal