IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

GARRY DAMON WORTHEY,  )
 )
Plaintiff, )
 )
v. ) CASE NO. 2:07-cv-63-WKW-TFM
 )
BUTLER COUNTY JAIL, ET AL., )
 )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Diane Harris_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

12/20/2007
Date

(Signature)

Kendrick E. Webb
(Counsel's Name)

Diane Harris and Albert McKee
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, AL 36124
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Kendrick E. Webb_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____ day of December_____ 20 07, to:

Garry Damon Worthey, AIS 248464, Fountain Correctional Facility, Fountain 3800

Atmore, AL  36503

12/21/2007
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRY DAMON WORTHEY,

    Plaintiff,

v.                                                        CASE NO. 2:07-cv-63-WKW-TFM

BUTLER COUNTY JAIL, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Albert McKee, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [✔] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/20/2007
Date

(Signature)

Kendrick E. Webb
(Counsel's Name)

Diane Harris and Albert McKee
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, AL 36124
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Kendrick E. Webb_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st\_\_\_\_\_ day of December_____ 20 07, to:

Garry Damon Worthey, AIS 248464, Fountain Correctional Facility, Fountain 3800

Atmore, AL  36503

12/21/2007
Date

Signature